# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORNING STAR LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>KEITH B. CANTER, Trustee of The Canter Schoen Family Trust U/D/T March 17, 2015, and KAREN ELISE SCHOEN, Trustee of The Canter Schoen Family Trust U/T/D March 17, 2015; and DOES 1–50, inclusive,<br><br>　　　　　　Defendants,<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 2:22-CV-04973-JVS (MARx)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION [246]** |

　　Defendants and counterclaim plaintiffs KEITH B. CANTER and KAREN ELISE SCHOEN, Trustees of The Canter Schoen Family Trust U/T/D March 17, 2015 ("Trustees") moved ex parte to modify the time requirements of paragraph II.A.ii of the Court's Final Judgment and Permanent Injunction (Doc. 206) filed on May 30, 2024, or, in the alternative, for a stay pending appeal.

Based upon the moving papers and opposition filed thereto, and good cause appearing therefor, the Court hereby grants the following relief:

1. The time for demolition and removal as set forth Section II.A.ii of the Final Judgment (Document 206) is extended for 120 days. Absent extraordinary circumstances, the Court is highly unlikely to provide additional time for full compliance. Defendants' obligations are clear and, as evidenced by the filings on the present motion, well understood.

2. All other relief is denied. .

**IT IS SO ORDERED.**

DATED: October 03, 2024

_____
UNITED STATES DISTRICT JUDGE