# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORNING STAR LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH B. CANTER, Trustee of The Canter Schoen Family Trust U/D/T March 17, 2015, and KAREN ELISE SCHOEN, Trustee of The Canter Schoen Family Trust U/T/D March 17, 2015; and DOES 1–50, inclusive,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 2:22-CV-04973-JVS (MARx)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR MODIFICATION OF PERMANENT INJUNCTION RE COMPLIANCE DATE** [264] |

TO THE PLAINTIFF AND TO ITS ATTORNEYS OF RECORD:

Defendants and counterclaim plaintiffs KEITH B. CANTER and KAREN ELISE SCHOEN, Trustees of The Canter Schoen Family Trust U/T/D March 17, 2015 ("Trustees") moved ex parte to modify the time requirements of paragraph II.A.ii of the Court's Final Judgment and Permanent Injunction (Doc. 206) filed on May 30, 2024, and extended for 120 days on October 3, 2024. (Doc. 250)

Based upon the moving papers and opposition filed thereto, and good cause appearing therefor, the Court hereby grants Trustees' ex parte motion as follows:

- 1 -

Printed on Recycled Paper.

1      1.      Trustees shall have an additional 60 days to comply with the obligations of

2      Section II of the Court's Final Judgment and Permanent Injunction (Doc. 206);

3      **IT IS SO ORDERED.**

4

5

6      DATED: February 4, 2025

       _____

       UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

Printed on Recycled Paper.

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 not a party to the within action; my business address is 1880 Century Park East, Suite 415, Los Angeles, California 90067-1604.

On September 26, 2024, I served the foregoing document, described as **PROPOSED ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR MODIFICATION OF PERMANENT INJUNCTION OR, ALTERNATIVELY, FOR A STAY PENDING APPEAL**, on all interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Daniel A. Friedlander, Esq. <br> Law Office of Daniel Friedlander <br> 29800 Agoura Road, Suite 101 <br> Agoura Hills, CA 91301 <br> TEL: (805) 409-8710 <br> FAX: (805) 435-6063 <br> EMAIL: dan@leglr.com | Ronald D. Tym, Esq. <br> The Tym Firm <br> 30526 Rainbow View Drive <br> Agoura Hills, CA 91301 <br> TEL: (818) 836-1428 <br> FAX: None <br> EMAIL: RTym@Tymfirm.com |

[ ]  **BY MAIL**
[ ]   I caused each envelope, with postage prepaid, to be deposited in the United States mail at **Los Angeles,** California.

[ ]  **BY OVERNIGHT COURIER**
[ ]   I caused each envelope with postage prepaid to be sent by <u>Federal Express</u>.

[ ]  **BY HAND**
[ ]   I caused each envelope to be delivered by hand.

[ ]  **BY TELECOPIER**
[ ]   At the telecopy numbers on the Service List.

[X]  **BY ELECTRONIC SERVICE**
[X]   Per stipulation of the parties at the email addresses on the Service List.

**FEDERAL**
[X]   I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 26, 2024, at Beverly Hills, California.

<u>MICHAEL N. FRIEDMAN</u>
TYPE OR PRINT NAME                                                    SIGNATURE

ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR MODIFICATION
OF PERMANENT INJUNCTION RE COMPLIANCE DATE

Printed on Recycled Paper.